IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH DEYO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ST. LUKE'S HOSPITAL AND | : | NO. 06-3712 |
| HEALTH NETWORK, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 16th day of April, 2010, upon consideration of Defendant's Motion for Attorneys' Fees (Doc. No. 31) and Plaintiff's Opposition thereto (Doc. No. 40), it is hereby ordered that Defendant's Motion is DENIED. A memorandum opinion accompanies this order.

BY THE COURT:

LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE